986 F.2d 1408
 Anthony (Bernard E., Jr., Leslie A.)
v.
Fairchild International, f/k/a Fairchild Industries, Baker
Hughes Incorporated, f/k/a Envirotech Corporation,
Eimco-Elkhorn Division v. Contractor Manufacturing Co.,
Inc., Ob-Ensign, a division of Ohio Brass Company, Eimco
Coal Machinery Inc. v. Hubbell, Inc., Square D. Co., Reitz
Coal Co., Inc., t/a Berwind Machine Repair Shop Company v.
Robertson, Inc., Anthony (Bernard E., Jr., Leslie A.)
 NO. 92-3188
 United States Court of Appeals,
Third Circuit.
 Jan 15, 1993
 
 Appeal From: W.D.Pa.,
 Lancaster, J.
 
 
 1
 AFFIRMED.